# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 16-11602
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
August 18, 2017

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

RAMON ERNESTO MARTINEZ,

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:15-CR-263-1

Before JOLLY, HIGGINBOTHAM, and ELROD, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Ramon Ernesto Martinez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Martinez has not filed a response.

During the pendency of this appeal, Martinez completed the sentence imposed upon revocation of his supervised release and was released from

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 16-11602

custody.    Because Martinez has not shown that he will suffer collateral consequences as a result of the revocation of his supervised release and because no additional term of supervised release was imposed, the instant appeal does not present a case or controversy and this court lacks jurisdiction.  *See Spencer v. Kemna*, 523 U.S. 1, 7 (1998); *United States v. Clark*, 193 F.3d 845, 847-48 (5th Cir. 1999).    Accordingly, the appeal is DISMISSED AS MOOT, and counsel's motion for leave to withdraw is DENIED as unnecessary.